191 So. 391

## O'BRIEN v. STATE.

### 4 Div. 97.

Supreme Court of Alabama.

June 22, 1939

Yarbrough & Beck, of Enterprise, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

This Court is of the opinion that the cases cited by Judge Bricken in his dissent should not be overruled. We cannot affirm the majority opinion by the Court of Appeals without overruling those cases.

The writ of certiorari is awarded, and the judgment of the Court of Appeals is reversed and the cause remanded to that court for further action.

Certiorari awarded; reversed and remanded.

All the Justices concur.